**Electronically Filed
Supreme Court
SCWC-29210
28-DEC-2011
11:11 AM**

NO. SCWC-29210

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

CFI INC., a Hawai‘i Corporation,
Respondent/Plaintiff/Appellant,

vs.

HAMAKUA COAST REALTY, INC., a Hawai‘i Corporation,
and DENIS FERRARI, Petitioners/Defendants/Appellees,

and

ERNEST B. TEXEIRA, and ALA KAI REALTY, INC.,
a Hawai‘i Corporation,
Respondents/Defendants-Third-Party Plaintiffs/Appellees,

and

TEX INC., a Hawai‘i Corporation, et al.,
Respondent/Defendant/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29210; CIV. NO. 06-1-0380 (HILO))

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ., and Circuit
Court Judge Sakamoto, in place of Acoba, J., recused)

Petitioners/Defendants/Appellees Hamakua Coast Realty,

Inc., and Denis Ferrari's petition for writ of certiorari, filed

on November 21, 2011, is hereby rejected.

DATED:    Honolulu, Hawaiʻi, December 28, 2011.

Sidney K. Ayabe and             /s/ Mark E. Recktenwald
Ronald T. Michioka
(Ayabe, Chong, Nishimoto,       /s/ Paula A. Nakayama
Sia & Nakamura) for
petitioners/defendants/         /s/ James E. Duffy, Jr.
appellees on the petition.
                                /s/ Sabrina S. McKenna
Douglas L. Halsted,
for respondent/plaintiff/       /s/ Karl K. Sakamoto
appellant on the opposition.